KYLE J. HUMPHREY (SBN 118477)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
ALEJANDRO MANUEL PEREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00061 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ALEJANDRO MANUEL PEREZ, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONOROABLE SHEILA K. OBERTO AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

The Defendant, ALEJANDRO MANUEL PEREZ, by and through his attorney of record, KYLE J. HUMPHREY, and the United States of America, by and through its attorney of record, BRIAN ENOS, hereby stipulate as follows:

1. The status conference in this matter is currently set for June 4, 2012 at 1:00 p.m.
2. The defense is requesting that Mr. Perez's status conference be continued to July 30, 2012, at 1:00 p.m., or a date convenient with the court.
3. The United States has no objection to the requested continuance and the date selected. The date was selected after consultation between the attorneys and Mr. Enos informing defense counsel that additional discovery is forthcoming.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for counsel availability and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

Joint Stipulation of all parties to Continue Trial - 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

DATED: May 31, 2012	The Law Office of Kyle J. Humphrey


By: /s/ Kyle J. Humphrey
KYLE J. HUMPHREY
Attorney for Defendant
ALEJANDRO MANUEL PEREZ


DATED:  May 31, 2012	United States Attorney's Office

By: /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Joint Stipulation of all parties to Continue Trial - 2

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

IT IS HEREBY ORDERED that Mr. Perez's Status Conference date, currently set on June 4, 2012, at 1:00 p.m., be continued to July 30, 2012, at 1:00 p.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated: June 1, 2012                                  /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE

Joint Stipulation of all parties to Continue Trial - 3

PDF created with pdfFactory trial version www.pdffactory.com