```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for
      the United States of America
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | 1:12-cr-00061 LJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SEPTEMBER 10, 2013 TRIAL TO** |
| | ) | **OCTOBER 1, 2013; ORDER** |
| v. | ) | |
| | ) | |
| ALEJANDRO MANUEL PEREZ, | ) | Ctrm: 4 |
| aka "Dro" | ) | Hon. Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties' September 10, 2013 trial may be continued to 8:30 a.m. on Tuesday, October 1, 2013.

The parties base this stipulation on good cause. To explain, the parties set the above September 10, 2013 trial date at this past Tuesday's status conference before Judge Oberto. Doc. 18. Since that time, the parties learned that Judge O'Neill is not available for trial from the September 9, 2013 through September 20, 2013 time frame. The parties further understand

that the court's calendar could accommodate a continued trial date of October 1, 2013.

For the above-stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: January 24, 2013    By:  Brian W. Enos
                                Brian W. Enos
                                Assistant U.S. Attorney


                                (As auth. 1/25/13)
Dated: January 25, 2013         /s/ Kyle J. Humphrey
                                Kyle J. Humphrey
                                Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   January 25, 2013          /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE